IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW ARMIJO,

      Plaintiff,

v.                                                      CV No. 20-901 CG/GJF

C.R. BARD, INC., et al.,

      Defendants.

## ORDER DISMISSING DEFENDANT MCKESSON CORPORATION WITHOUT PREJUDICE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Dismiss Plaintiff's Claims Against McKesson Corporation Without Prejudice* (the "Motion"), (Doc. 32), filed September 18, 2020. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all of Plaintiff's causes of action against Defendant McKesson Corporation are dismissed without prejudice, with each party bearing their own costs and fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE